Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:	725-248-2900
Facsimile:	725-248-2907

*LM General Insurance Company, erroneously named as LM General Insurance Company aka Liberty Mutual Insurance Company*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| EMILY SCHULTZ and DANIEL SCHULTZ, individually and as a Natural Parent and Guardian of E. S., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>LM GENERAL INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:22-cv-00523-GMN-DJA<br>DEPT. NO.:<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE ANSWER TO COMPLAINT**<br><br>**First Request** |

Defendant LM General Insurance Company by and through their counsel, Clyde & Co US LLP, and Plaintiffs, by and through their counsel, Jerez Law, PLLC submit this Stipulation to Extend the Time Within Which to Answer Plaintiffs' Complaint.

The parties are attempting to resolve the lawsuit and believe that a settlement is possible within the next couple weeks.  In order to facilitate that potential resolution, the parties have agreed to stay the time to respond to the complaint for thirty (30) days so that the resources can be conserved and directed towards a case resolution.

Therefore, the parties agree that the new deadline to answer the Complaint is **May 2, 2022**.

1  This is the first request by the parties to extend the time for Defendant to answer the
2  Compliant.

4  Dated: March 30, 2022

6  JEREZ LAW, PLLC                                 CLYDE & CO US LLP

8   */s/ Isaiah A. Jerez*                           */s/ Dylan P. Todd*
Isaiah A. Jerez, Esq. (NV Bar No. 11615)        Amy M. Samberg (NV Bar No. 10212)
isaiah@jerezlaw.com                             amy.samberg@clydeco.us
4484 S. Pecos Road, Suite 145                   Dylan P. Todd (NV Bar No. 10456)
Las Vegas, NV 89121                             dylan.todd@cyldeco.us
Telephone : (702) 941-7660                      7251 W. Lake Mead Blvd., Suite 430
Facsimile : (725) 888-4717                      Las Vegas NV  89128
                                                Telephone: 725-248-2900
                                                Facsimile:       725-248-2907
*Attorneys for Plaintiffs*

*Attorneys for Defendant
LM General Insurance Company,
erroneously named as LM General
Insurance Company aka Liberty Mutual
Insurance Company*

## **ORDER**

IT IS HEREBY ORDERED that the parties Stipulation For Extension Of Time To File Answer to Complaint is granted.  The new deadline for Defendant Safeco Insurance Company of Illinois to answer the Complaint is May 2, 2022.

_____
Daniel J. Albregts
United States Magistrate Judge

DATED: March 31, 2022

- 2 -

**Brouse, Gina**

| | |
|---|---|
| **From:** | Isaiah Jerez <Isaiah@JerezLaw.com> |
| **Sent:** | Tuesday, March 29, 2022 5:45 PM |
| **To:** | Brouse, Gina |
| **Cc:** | Todd, Dylan |
| **Subject:** | Re: Schultz v. LM General Insurance Company - Stipulation for Extension of Time to File Answer [CC-US2.44331.10300928.FID946943] |
| **Categories:** | Do Today |

Yes, you have authority to affix my e-signature.

Get Outlook for iOS

---

**From:** Brouse, Gina <Gina.Brouse@clydeco.us>
**Sent:** Tuesday, March 29, 2022 6:01:04 PM
**To:** Isaiah Jerez <Isaiah@JerezLaw.com>
**Cc:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Subject:** Schultz v. LM General Insurance Company - Stipulation for Extension of Time to File Answer [CC-US2.44331.10300928.FID946943]

Dear Mr. Jerez:

Please review the attached Stipulation for Extension of Time to File Answer.  Please also let me know if we have your permission to use your E-signature upon same when we file it with the Court.

Thank you,

**Gina Brouse**
Legal Assistant | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2885| **Mobile:** 702 743 7380



| 7251 W. Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
**Main** +1 725 248 2900 | **Fax** +1 725 249 2907 | **www.clydeco.us**

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.