1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@cyldeco.us
CLYDE & CO US LLP
7251 W. Lake Mead Blvd., Suite 430
Las Vegas NV  89128
Telephone:     725-248-2900
Facsimile:     725-248-2907

*LM General Insurance Company,
erroneously named as LM General
Insurance Company aka Liberty Mutual
Insurance Company*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| EMILY SCHULTZ and DANIEL SCHULTZ, individually and as a Natural Parent and Guardian of E. S., a minor,<br><br>Plaintiffs,<br><br>v.<br><br>LM GENERAL INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation; and DOES I through X; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | CASE NO.:  2:22-cv-00523-GMN-DJA<br><br>**JOINT MOTION TO STAY PENDING MEDIATION** |

Plaintiffs Emily Schultz and Daniel Schultz ("Plaintiffs") and Defendant LM General Insurance Company ("LM") submits the following Joint Motion to Stay Pending Mediation.

On February 22, 2022, the Nevada Division of Insurance sent the Summons and Complaint to LM. *See*, Nevada Commissioner of Insurance Letter (ECF No. 1-3).  On March 24, 2022 Defendant LM removed this matter to Federal Court on diversity grounds under 28 U.S.C. § 1441(b).  (ECF No. 1.)  On March 30, 2022, the parties stipulated to a thirty (30) day extension of time for LM to respond to the Complaint in an attempt work out a potential resolution.  (ECF No. 5).  The parties believe that settlement is possible and are currently engaged in settlement negotiations and stipulated to extend LM's response deadline to May 2, 2022.  On March 31, 2022,

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128

1  the Court granted the stipulation to extend LM's response deadline to May 2, 2022.  (ECF No. 6).

2  On April 11, 2022, Defendant LM filed its Statement Regarding Removal.  (ECF No. 7).

3         The parties have agreed to a private mediation that is scheduled to take place on

4  June 21, 2022 before  Hon. Jennifer Togliatti (ret.).  It is the parties' hope that this case can be

5  resolved at this time.

6         Wherefore, the parties respectfully request that the Court stay this action, including the

7  exchange of Fed. R. Civ. P. 26(a)(1) disclosure, pending completion of a a private mediation that

8  is scheduled to take place on June 21, 2022 before Hon. Jennifer Togliatti (ret.).

9  Dated:  April 29, 2022

10  JEREZ LAW, PLLC                          CLYDE & CO US LLP

11

12   */s/ Isaiah A. Jerez*                      */s/ Dylan Todd*

13  Isaiah A. Jerez, Esq. (NV Bar No. 11615)    Amy M. Samberg (NV Bar No. 10212)

14  isaiah@jerezlaw.com                         amy.samberg@clydeco.us
                                                Dylan P. Todd (NV Bar No. 10456)

15  4484 S. Pecos Road, Suite 145               dylan.todd@cyldeco.us
    Las Vegas, NV 89121                         7251 W. Lake Mead Blvd., Suite 430

16  Telephone : (702) 941-7660                  Las Vegas NV  89128
    Facsimile : (725) 888-4717                  Telephone: 725-248-2900

17                                              Facsimile:      725-248-2907
    *Attorneys for Plaintiffs*

18                                              *Attorneys for Defendant*
                                                *LM General Insurance Company,*

19                                              *erroneously named as LM General*
                                                *Insurance Company aka Liberty Mutual*

20                                              *Insurance Company*
                                 ## ORDER

21         **IT IS SO ORDERED.**

22

23         **IT IS FURTHER ORDERED** that the parties must file a joint status report
    informing the Court of the progress of the mediation proceedings every ninety (90)

24  days, beginning on August 5, 2022.

25         Dated this  9   day of May, 2022.

26

27
    _____

28  Gloria M. Navarro, District Judge
    UNITED STATES DISTRICT COURT

CLYDE & CO US LLP
7251 West Lake Mead Boulevard, Suite 430
Las Vegas, Nevada 89128