**ISAIAH A. JEREZ, ESQ.**
Nevada Bar No. 11615
**KRISTIE L. FISCHER**
Nevada Bar No. 11693
**JEREZ LAW, PLLC**
4484 S. Pecos Road, Suite 145
Las Vegas, NV  89121
Telephone : (702) 941-7660
Facsimile  : (725) 888-4717
isaiah@jerezlaw.com
kristie@jerelaw.com
 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMILY SCHULTZ and DANIEL SCHULTZ, Parents and Natural Guardians of E. S., a minor, <br><br> Plaintiff, <br><br> v. <br><br> LM GENERAL INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY, a foreign corporation; and DOES I through X; and ROE CORPORATIONS I through X, inclusive, <br><br> Defendants. | CASE NO.  :  2:22-CV-00523-GMN-DJA <br><br> **STIPULATION AND ORDER TO REMAND TO STATE COURT** |

Plaintiffs EMILY SCHULTZ and DANIEL SCHULTZ, as parents and natural guardians of E.S., a minor ("Plaintiffs"), and Defendant LM GENERAL INSURANCE COMPANY aka LIBERTY MUTUAL INSURANCE COMPANY ("Defendant"), by and through their respective counsel of record hereby agree and stipulate to remand this action to the Eighth Judicial District Court, Clark County, Nevada. Good cause exists for this stipulation as follows:

1. On December 17, 2021, Plaintiffs filed their Complaint against Defendant in the Eighth Judicial District Court, Clark County, Nevada, Case Number A-21-845605-C (the "State Court Action").

. . .

2. On March 24, 2022, Defendant filed a Notice of Removal with this Court and the Eighth Judicial District Court to remove the State Court Action to this Court on the basis of diversity jurisdiction.

3. Following removal, Plaintiffs and Defendant agreed to attempt to resolve the claims at issue here via mediation and accordingly filed a Joint Motion to Stay (ECF No. 10), which was granted.

4. As a result of mediation and settlement negotiations that followed mediation, Plaintiffs and Defendant have reached a proposed settlement that includes a structured settlement for a minor child.

5. As is the case with structured settlements, there are specific timing deadlines for depositing of funds that must be met in order to assess interest issues for payouts.

6. Since this settlement necessarily requires a Petition to Compromise Claim of Minor, and due to the expedited deadlines for structured settlement compliance, the parties have agreed to submit remand this case back to state court for the purposes of completing the settlement processes.

7. Specifically, once the stipulation and order is entered and the case is formally remanded, the parties will file a Petition to Compromise Claim of Minor on an Order Shortening Time in order to ensure that matter can be heard and decided within the deadlines for depositing of funds under the current structured settlement timeline.

///
///
///
///
///
///
///
///
///

8. The parties represent that they have investigated the issues surrounding the final settlement requirements and agree that the remand to state court is the appropriate course of action.

Plaintiffs and Defendant respectfully request that the Court so Order.

Dated: December 29, 2022

JEREZ LAW, PLLC

*/s/ Isaiah A. Jerez*
Isaiah A. Jerez, Esq. (NV Bar No. 11615)
isaiah@jerezlaw.com
4484 S. Pecos Road, Suite 145
Las Vegas, NV 89121
Telephone : (702) 941-7660
Facsimile : (725) 888-4717
*Attorneys for Plaintiffs*

Dated: December 29, 2022

CLYDE & CO US LLP

*/s/ Dylan P. Todd*
Amy M. Samberg (NV Bar No. 10212)
amy.samberg@clydeco.us
Dylan P. Todd (NV Bar No. 10456)
dylan.todd@clydeco.us
7251 W. Lake Mead Blvd., Suite 430
Las Vegas, NV 89128
Telephone: (725) 248-2900
Facsimile: (725) 248-2907
*Attorneys for LM General Insurance Company, erroneously named as LM General Insurance Company aka Liberty Mutual Insurance Company*

## ORDER

**IT IS SO ORDERED**.

**IT IS FURTHER ORDERED** that the case is **REMANDED** to state court.

**IT IS FURTHER ORDERED** that the Clerk is instructed to close the case.

Dated this   29   day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of December, 2022, a copy of the above and foregoing s was served by submission to the above-entitled Court for electronic service under the Court's Registered Service List for the above-referenced case.

*/s/Kristie L. Fischer*
Employee of JEREZ LAW, PLLC

| | |
|---|---|
| **From:** | Todd, Dylan |
| **To:** | Isaiah Jerez |
| **Cc:** | Kristie Fischer |
| **Subject:** | RE: Schultz v. LM - SAO to Remand for Purposes of Compromising |
| **Date:** | Tuesday, December 27, 2022 12:59:41 PM |

I'll send it off now.

**Dylan Todd**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931

CLYDE&CO    7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
**Main** +1 725 248 2900 | **www.clydeco.us**

**From:** Isaiah Jerez <Isaiah@JerezLaw.com>
**Sent:** Tuesday, December 27, 2022 10:41 AM
**To:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Cc:** Kristie Fischer <kristie@JerezLaw.com>
**Subject:** Re: Schultz v. LM - SAO to Remand for Purposes of Compromising

Looks good.  Let me know when you get client approval.



Jerez Law, PLLC
4484 South Pecos Road
Las Vegas, Nevada 89121
P (702) 941-7660
F (725) 888-4717

**From:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Date:** Tuesday, December 27, 2022 at 10:39 AM
**To:** Isaiah Jerez <Isaiah@JerezLaw.com>
**Cc:** Kristie Fischer <kristie@JerezLaw.com>
**Subject:** RE: Schultz v. LM - SAO to Remand for Purposes of Compromising

let me know what you think.

**Dylan Todd**
Senior Counsel | Clyde & Co US LLP
**Direct Dial:** +1 725 248 2883 | **Mobile:** +1 702 427 6931

CLYDE&CO    7251 West Lake Mead Boulevard | Suite 430 | Las Vegas | NV 89128 | USA
**Main** +1 725 248 2900 | **www.clydeco.us**

**From:** Isaiah Jerez <Isaiah@JerezLaw.com>
**Sent:** Tuesday, December 27, 2022 10:25 AM
**To:** Todd, Dylan <Dylan.Todd@clydeco.us>
**Cc:** Kristie Fischer <kristie@JerezLaw.com>
**Subject:** Schultz v. LM - SAO to Remand for Purposes of Compromising

Morning Dylan,

Hope you had a great Christmas with the family.

Attached is the proposed SAO to remand. Please let me know if I have authority to affix your e-signature, or if you have any changes.

Thanks,

*Isaiah A. Jerez*
**Jerez Law, PLLC**
4484 South Pecos Road
Las Vegas, Nevada 89121
P (702) 941-7660
F (725) 888-4717

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.

| | |
|---|---|
| **From:** | Todd, Dylan |
| **To:** | Isaiah Jerez |
| **Cc:** | Brouse, Gina; Kristie Fischer |
| **Subject:** | 22.12.27 Stipulation and Order to Remand |
| **Date:** | Thursday, December 29, 2022 11:27:38 AM |
| **Attachments:** | 22.12.27 Stipulation and Order to Remand.docx |

Received the approval this morning for the revised stip. I also realized that today is the deadline to update the court on the settlement so this should likely get filed today.

Thanks

**If our account details change, we will notify these to you by letter, telephone or face-to-face and never by email.**

This email message and any attachments may contain legally privileged and/or confidential information intended solely for the use of the individual or entity to whom it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any reading, dissemination, distribution or copying of this message or its attachments is strictly prohibited. If you have received this email message in error, please immediately notify us by telephone, fax or email and delete the message and all attachments thereto. Thank you. Clyde & Co US LLP is a Delaware limited liability law partnership affiliated with Clyde & Co LLP, a multinational partnership regulated by The Law Society of England and Wales.

Disclosure: To ensure compliance with requirements imposed by the IRS in Circular 230, we inform you that any tax advice contained in this communication (including any attachment that does not explicitly state otherwise) is not intended or written to be used, and cannot be used, for the purpose of avoiding penalties under the Internal Revenue Code or promoting, marketing or recommending to another party any transaction or matter addressed herein.